JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Misael Romero<br><br>Plaintiff,<br><br>v.<br><br>Min Jun Choi et al<br><br>Defendants. | Case No. ED CV 18-01086-AB (SSx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On June 21, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than July 5, 2018. No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: July 11, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.